1  **KUZYK LAW, LLP**
   Michael D. Braun (SBN 167416)
2  2121 Avenue of the Stars, Ste. 800
   Los Angeles, California 90067
3  Telephone:  (213) 401-4100
   Facsimile:  (213) 401-0311
4  Email:  mdb@kuzykclassactions.com

5

6  *Counsel for Plaintiff*

7

8  **UNITED STATES DISTRICT COURT**
   **SOUTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| **CHERIE KOUTOUFIDIS on behalf of herself and all others similarly situated,** | **CASE NO.: 25-cv-3692-AJB-DEB** <br><br> **CLASS ACTION** <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |
| **Plaintiff,** | |
| v. | |
| **EDGEWELL PERSONAL CARE BRANDS, LLC** | |
| **Defendant** | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cherie Koutoufidis, by and through her undersigned counsel, hereby files this Notice of Voluntary Dismissal. The Dismissal is without prejudice.

DATED: January 21, 2026                                            Respectfully submitted,

                                                                                                                 _____
                                                Michael D. Braun
                                                **KUZYK LAW, LLP**
mdb@kuzykclassactions.com
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
Telephone:     (213) 401-4100
Facsimile:      (213) 401-0311

*Counsel for Plaintiff*